UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH JORDAN,

        Petitioner,               Case No. 1:04-CV-565

v.                                     Hon. Gordon J. Quist

KENNETH ROMANOWSKI,

        Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 5, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 5, 2007 (docket no. 30), is **APPROVED AND ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus is **DENIED**.

This case is **concluded**.


Dated: August 8, 2007                                    /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE